149 A.3d 555

**LEWIN**

v.

**BALAKHANI**

**Pet. Docket No. 386, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1297, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

149 A.3d 555

**MANASE**

v.

**ANNE ARUNDEL CO. DEPT. OF SOCIAL SERVICES**

**Pet. Docket No. 335, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 2125, Sept. Term, 2014).

Petition for writ of certiorari denied.